

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00239-CV

DEBORAH BELL                                                                    APPELLANT

V.

DANNY L. HANEY, LAW FIRM OF                                        APPELLEES
COBB MARTINEZ WOODWARD,
AND ATTORNEY DAVID DENTON

------------

## FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion To Dismiss." In the motion, it states that appellant has settled her claims with Cobb Martinez Woodward, PLLC and David Denton. It is the court's opinion that the motion to dismiss the appeal as to appellees Cobb Martinez Woodward, PLLC and David

---

[1]*See* Tex. R. App. P. 47.4.

Denton should be granted; therefore, we dismiss the appeal as to Cobb Martinez Woodward, PLLC and David Denton. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f). The appeal shall hereafter be styled Deborah Bell v. Danny L. Haney.

Appellant's brief is due **Tuesday, February 18, 2014**.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  January 16, 2014